**Joyce Ann NIXON, Plaintiff–Appellant,**

v.

**Patrick R. DONAHOE, United States Postmaster General, Defendant–Appellee.**

**No. 13–4266.**

United States Court of Appeals, Sixth Circuit.

July 9, 2014.

Before: MOORE and McKEAGUE, Circuit Judges; STAFFORD, District Judge.*

PER CURIAM.

Joyce Ann Nixon appeals from the district court's entry of summary judgment in favor of Patrick R. Donahoe, the United States Postmaster General, on Nixon's claims of employment discrimination based on gender and retaliation. We review a district court's grant of summary judgment de novo. *Gecewicz v. Henry Ford Macomb Hosp. Corp.*, 683 F.3d 316, 321 (6th Cir.2012).

After carefully reviewing the magistrate judge's report and recommendation, the district court's opinion adopting—and overruling Nixon's objections to—the report and recommendation, the arguments of the parties on appeal, and the record in light of the parties' appellate briefing, we are satisfied that the district court properly granted summary judgment in favor of the Postmaster General. Finding no reason to enter a duplicative opinion here, we **AFFIRM** the district court's grant of summary judgment.

---

* The Honorable William H. Stafford, Jr., Senior United States District Judge for the Northern District of Florida, sitting by designation.